1 [COUNSEL LISTED ON SIGNATURE PAGES]

2
3
4
5
6
7
8     UNITED STATES DISTRICT COURT

9     NORTHERN DISTRICT OF CALIFORNIA

10    (SAN JOSE DIVISION)

11

| | |
|---|---|
| LANSMONT CORPORATION,<br><br>                    Plaintiff,<br><br>         v.<br><br>SPX CORPORATION, a Delaware corporation; SPECTRIS, PLC, a private limited company; BRÜEL & KJAER, a corporation; and HBM, INC., a corporation,<br><br>                    Defendants. | Civil Action No. 5:10-cv-05860-JF<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING:**<br><br>**1. HEARING ON DEFENDANT SPX CORPORATION'S PENDING MOTIONS;**<br>**2. INITIAL CASE MANAGEMENT CONFERENCE; AND**<br>**3. RELATED DEADLINES**<br><br>**[Civil Local Rules 6-2 and 7-12]**<br><br>The Honorable Jeremy Fogel<br>United States District Judge<br>Courtroom 3, 5th Floor |

W02-WEST:6NB1\403341607.2

Civil Action No. 5:10-cv-05860-JF

STIPULATION AND [PROPOSED] ORDER
CONTINUING DATES AND DEADLINES

The following stipulation requests that the hearing on Defendant SPX Corporation's pending Motion to Dismiss (Docket No. 16) and on its Motion to Compel Arbitration and Stay Action (Docket No. 18) currently set for April 22, 2011 at 9:00 a.m. be continued to **April 29, 2011 at 9:00 a.m.**, and that all related deadlines be continued accordingly. It also requests that the Court continue the March 25, 2011 Initial Case Management Conference ("CMC") in this action to **April 29, 2011 at 10:30 a.m.**, and continue all related deadlines accordingly.

**STIPULATION**

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Lansmont Corporation ("Lansmont"), Defendant SPX Corporation ("SPX"), and Defendant HBM, Inc. ("HBM"), the only parties to have appeared thus far in this action, stipulate and request as follows:

1. WHEREAS, on February 18, 2011, SPX filed a Motion to Dismiss (Docket No. 16) and a Motion to Compel Arbitration and Stay Action (Docket No. 18) (collectively, "SPX's Motions"), setting the hearing for both motions for April 22, 2011 at 9:00 a.m.;

2. WHEREAS, on February 22, 2011, following reassignment of this action to the Honorable Jeremy Fogel, this Court issued a Clerk's Notice setting the CMC in this action for March 25, 2011 at 10:30 a.m. (Docket No. 22);

3. WHEREAS, with respect to Civil L.R. 6-2(a)(1), the parties have conferred regarding particular reasons continuances of the hearing on SPX's Motions and of the CMC are mutually-agreeable, including:  a) lead trial counsel for SPX Philip F. Atkins-Pattenson and lead trial counsel for HBM Rollin Ransom are both unavailable on the current CMC date of March 25, 2011; b) counsel for Lansmont have now determined they are unavailable for the April 22, 2011 hearing on SPX's Motions; and c) efficiency may be gained by holding the hearing on SPX's Motions and the CMC on the same date;

4. WHEREAS, with respect to Civil L.R. 6-2(a)(2), the previous time modifications in this action include:  a) a stipulation between Lansmont and HBM extending HBM's deadline to respond to the Complaint (Docket No. 15); b) SPX's re-setting of the hearing

-1-

1  date on SPX's Motions from March 15, 2011 to April 22, 2011 after this action was reassigned to

2  the Honorable Jeremy Fogel (Docket Nos. 16 and 18); and c) the previous re-setting of the CMC

3  by the Clerk from March 22, 2011 to March 25, 2011 after this action was reassigned (Docket No.

4  22); and

5        5.    WHEREAS, with respect to Civil L.R. 6-2(a)(3), a one-week continuance

6  of the hearing on SPX's Motions and related deadlines and an approximately one-month

7  continuance of the CMC and related deadlines will not at this early stage have a significant effect

8  on the overall schedule for this case;

9        NOW, THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED that the

10 Court continue the current April 22, 2011 hearing on SPX's Motions (Docket Nos. 16 and 18) to

11 **April 29, 2011 at 9:00 a.m.** and further continue the March 25, 2011 CMC in this action to **April

12 29, 2011 at 10:30 [9:00] a.m.**, and continue all related deadlines accordingly.

13

14       **E-FILING ATTESTATION**

15       By his signature below, and pursuant to General Order 45, counsel for SPX attests

16 that counsel for all parties whose electronic signatures appear below have concurred in the filing

17 of this Stipulation.

18

19 Dated: March 9, 2011                 PEARSON SIMON WARSHAW & PENNY LLP

20

21                 By: */s/ William J. Newsom*_____
                    Bruce L. Simon

22                     William J. Newsom
                    Catherine M. Lee

23                     44 Montgomery Street , Suite 2450
                    San Francisco, CA  94104

24                     Telephone:  415-433-9000
                    Facsimile:  415-433-9008

25                     bsimon@pswplaw.com
                    wnewsom@pswplaw.com

26

27                     Attorneys for Plaintiff
                    LANSMONT CORPORATION

28              -2-

W02-WEST:6NB1\403341607.2             STIPULATION AND [PROPOSED] ORDER
                                            CONTINUING DATES AND DEADLINES
Civil Action No. 5:10-cv-05860-JF

| | | |
|---|---|---|
| 1 | Dated: March 9, 2011 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |

By: */s/ Nathaniel Bruno*_____
   Philip F. Atkins-Pattenson
   Nathaniel Bruno
   Four Embarcadero Center, 17th Floor
   San Francisco, CA  94111-4106
   Telephone:  415-434-9100
   Facsimile:  415-434-3947
   patkinspattenson@sheppardmullin.com
   nbruno@sheppardmullin.com

Attorneys for Defendant
SPX CORPORATION

Dated: March 9, 2011    SIDLEY AUSTIN LLP

By: */s/ Rollin A. Ransom*_____
   Rollin A. Ransom
   555 West Fifth Street, Suite 4000
   Los Angeles, CA  90013-1010
   Telephone:  213-896-6000
   Facsimile:  213-896-6600
   rransom@sidley.com

Attorneys for Defendant
HBM, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/21/11    _____
    The Honorable Jeremy Fogel
    United States District Court Judge

-3-