**1**  [COUNSEL LISTED ON SIGNATURE PAGES]



6/24/2011

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LANSMONT CORPORATION, | Civil Action No. 5:10-cv-05860-EJD |
| Plaintiff, | STIPULATION OF DISMISSAL AS TO DEFENDANTS SPECTRIS, PLC, BRÜEL & KJAER, AND HBM, INC. |
| vs. | |
| SPX CORPORATION, a Delaware corporation; SPECTRIS, PLC, a private limited company; BRÜEL & KJAER, a corporation, and HBM, Inc. a corporation, | [Fed. R. Civ. Proc. 41(a)(1)(A)(ii)] |
| | Judge Edward J. Davila |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the settlement agreement by and between the below-identified parties, plaintiff Lansmont Corporation ("Lansmont") and defendants Spectris, plc, Brüel & Kjaer, and HBM, Inc. (collectively, the "Settling Defendants"), by and through their undersigned counsel, hereby stipulate to dismissal with prejudice of all claims between Lansmont and the Settling Defendants to the extent such claims arose on or after December 12, 2008, and to dismissal without prejudice of all claims

Civil Action No. 5:10-cv-05860-EJD    -1-    STIPULATION OF DISMISSAL

1 | between Lansmont and the Settling Defendants to the extent such claims arose before December
2 | 12, 2008.
3 |
4 | DATED:  June 22, 2011

PEARSON, SIMON, WARSHAW & PENNY, LLP

By       */s/ Bruce L. Simon*
BRUCE L. SIMON
WILLIAM J. NEWSOM
44 Montgomery Street, Suite 2450
San Francisco, CA  94104
Tel.: (415) 433-9000
Fax: (415) 433-9008
E-Mail: bsimon@pswplaw.com
E-Mail: wnewsom@pswplaw.com


Attorneys for Plaintiff
LANSMONT CORPORATION


DATED:  June 22, 2011

SIDLEY AUSTIN LLP

By       */s/ Rollin A. Ransom*
ROLLIN A. RANSOM
COURTNEY J. CHAI
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013
Tel.: (213) 896-6047
Fax: (213) 896-6600
E-Mail: rransom@sidley.com
E-Mail: cchai@sidley.com


Attorneys for Defendants
SPECTRIS, PLC; BRÜEL & KJAER; and HBM, INC.

1  I, William J. Newsom, am the ECF user whose identification and password are being used
2 to file the instant document. Pursuant to General Order 45, I attest that the counsel listed above
3 provided their authority and concurrence to file the instant document and place their electronic
4 signatures on the document set forth above.
5 DATED: June 22, 2011

PEARSON, SIMON, WARSHAW & PENNY, LLP

By      */s/ William J. Newsom*