SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
PHILIP F. ATKINS-PATTENSON, Cal. Bar No. 94901
NATHANIEL BRUNO, Cal. Bar No. 228118
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:     415-434-9100
Facsimile:      415-434-3947
Email:           patkinspattenson@sheppardmullin.com
                      nbruno@sheppardmullin.com

Attorneys for Defendant
SPX CORPORATION

*IT IS SO ORDERED*
*Judge Edward J. Davila*
7/6/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LANSMONT CORPORATION,<br><br>             Plaintiff,<br><br>     vs.<br><br>SPX CORPORATION, a Delaware corporation; SPECTRIS, PLC, a private limited company; BRÜEL & KJAER, a corporation, and HBM, Inc. a corporation,<br><br>             Defendants. | Civil Action No. 5:10-cv-05860-EJD<br><br>STIPULATION EXTENDING TIME FOR SPX CORPORATION TO ANSWER AND SERVE INITIAL DISCLOSURES<br><br>[Civil L.R. 6-1(a)]<br><br><br>Honorable Edward J. Davila |

TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR COUNSEL:

IT IS HEREBY STIPULATED pursuant to Civil L.R. 6-1(a), by and between

-1-

Civil Action No. 5:10-cv-05860-EJD
W02-WEST:6NB1\403674321.1

STIPULATION EXTENDING TIME FOR SPX TO ANSWER AND SERVE INITIAL DISCLOSURES

1  Plaintiff Lansmont Corporation ("Lansmont") and Defendant SPX Corporation ("SPX"), through
2  their counsel of record, that SPX shall have through and including July 15, 2011 to answer
3  Lansmont's Complaint in this action and to serve its Initial Disclosures under Federal Rule of
4  Civil Procedure 26(a)(1).

5

6  DATED:  June 30, 2011

7                                         PEARSON, SIMON, WARSHAW & PENNY, LLP

8

9                                   By              */s/ William J. Newsom*
10                                                 BRUCE L. SIMON
                                                   WILLIAM J. NEWSOM
11                                              44 Montgomery Street, Suite 2450
                                                   San Francisco, CA  94104
12                                                 Tel.: (415) 433-9000
                                                   Fax: (415) 433-9008
13                                             E-Mail: bsimon@pswplaw.com
                                               E-Mail: wnewsom@pswplaw.com
14

15
                                                   Attorneys for Plaintiff
16                                              LANSMONT CORPORATION

17
   DATED:  July 1, 2011
18

19                                         SHEPPARD MULLIN RICHTER & HAMPTON LLP

20
                                   By              */s/ Nathaniel Bruno*
21                                             PHILIP F. ATKINS-PATTENSON
                                                   NATHANIEL BRUNO
22

23                                                 Attorneys for Defendant
                                                   SPX CORPORATION
24

25

26

27

28                                          -2-                  STIPULATION EXTENDING TIME
                                                                FOR SPX TO ANSWER AND SERVE
   Civil Action No. 5:10-cv-05860-EJD                               INITIAL DISCLOSURES
   W02-WEST:6NB1\403674321.1

**ATTORNEY ATTESTATION**

I, Nathaniel Bruno, am the ECF user whose login identification and password are being used to file the instant document.  Pursuant to General Order 45, I attest that the counsel listed above provided their authority and concurrence to file the instant document and place their electronic signatures on the document set forth above.

DATED:  July 1, 2011

                              SHEPPARD MULLIN RICHTER & HAMPTON LLP


                          By               */s/ Nathaniel Bruno*
                                    PHILIP F. ATKINS-PATTENSON
                                    NATHANIEL BRUNO

                                    Attorneys for Defendant
                                    SPX CORPORATION