**[COUNSEL LISTED ON SIGNATURE PAGES]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| LANSMONT CORPORATION,<br><br>                    Plaintiff,<br><br>     v.<br><br>SPX CORPORATION, a Delaware corporation; SPECTRIS, PLC, a private limited company; BRÜEL & KJAER, a corporation; and HBM, INC., a corporation,<br><br>                    Defendants. | Civil Action No. 5:10-cv-05860-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING:**<br><br>**1. DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION PROGRAM SESSION**<br><br>**[ADR Local Rule 5-5 and Civil Local Rule 7-12]**<br><br>The Honorable Edward J. Davila<br>United States District Judge<br>Courtroom 1, 5th Floor |

831014.1

1  The following stipulation requests that the deadline for the parties to complete an Early Neutral Evaluation ("ENE") Program session, currently set for September 28, 2011, be continued to October 17, 2011 and that all related deadlines be continued accordingly.

**STIPULATION**

Pursuant to ADR Local Rule 5-5 and Civil Local Rule 7-12, Plaintiff Lansmont Corporation ("Lansmont") and Defendant SPX Corporation ("SPX"), the only parties remaining in this action, stipulate and request as follows:

1. WHEREAS, on June 30, 2011, the Court issued an Order Referring Case to Early Neutral Evaluation, (Docket No. 52) ordering that the parties attend an ENE session within 90 days of the Order, which deadline would expire on September 28, 2011;

2. WHEREAS, on July 26, 2011, the Clerk of Court issued a Notice of Appointment of Evaluator, appointing John L. Cooper as the Evaluator for this case (Docket No. 56);

3. WHEREAS, on September 8, 2011, the parties and the Evaluator agreed upon a date of October 17, 2011 at 9:00 a.m. for the ENE session, which agreement followed after their August 30, 2011 ADR Local Rule 5-7 scheduling conference;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED that the Court continue the current September 28, 2011 deadline to hold an Early Neutral Evaluation session to **October 17, 2011**, and continue all related deadlines accordingly.

//
//
//
//
//
//
//
//

831014.1 -1-

STIPULATION AND [PROPOSED] ORDER
CONTINUING DATES AND DEADLINES
Civil Action No. 5:10-cv-05860-EJD

**E-FILING ATTESTATION**

By his signature below, and pursuant to General Order 45, counsel for SPX attests that counsel for all parties whose electronic signatures appear below have concurred in the filing of this Stipulation.

Dated:  September 12, 2011                         PEARSON SIMON WARSHAW & PENNY LLP

                                                By: */s/ William J. Newsom*_____
    Bruce L. Simon
    William J. Newsom
    Catherine M. Lee
    44 Montgomery Street , Suite 2450
    San Francisco, CA  94104
    Telephone:  415-433-9000
    Facsimile:  415-433-9008
    bsimon@pswplaw.com
    wnewsom@pswplaw.com

    Attorneys for Plaintiff
    LANSMONT CORPORATION

Dated:  September 12, 2011                         SHEPPARD MULLIN RICHTER & HAMPTON LLP

                                                By: */s/ Nathaniel Bruno*_____
    Philip F. Atkins-Pattenson
    Nathaniel Bruno
    Four Embarcadero Center, 17th Floor
    San Francisco, CA  94111-4106
    Telephone:  415-434-9100
    Facsimile:  415-434-3947
    patkinspattenson@sheppardmullin.com
    nbruno@sheppardmullin.com

    Attorneys for Defendant
    SPX CORPORATION

831014.1                                            -2-
                                                    STIPULATION AND [PROPOSED] ORDER
                                                    CONTINUING DATES AND DEADLINES
Civil Action No. 5:10-cv-05860-EJD

1 **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 19, 2011

The Honorable Edward J. Davila
United States District Court Judge