**[COUNSEL LISTED ON SIGNATURE PAGES]**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN JOSE DIVISION)

| | |
|---|---|
| LANSMONT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SPX CORPORATION, a Delaware corporation; SPECTRIS, PLC, a private limited company; BRÜEL & KJAER, a corporation; and HBM, INC., a corporation,<br><br>Defendants. | Civil Action No. 5:10-cv-05860-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING:**<br><br>**1. DEADLINE TO FILE JOINT PRELIMINARY PRETRIAL AND TRIAL SETTING CONFERENCE STATEMENT AND PROPOSED ORDER**<br><br>**[Civil Local Rules 6-2 and 7-12]**<br><br>The Honorable Edward J. Davila<br>United States District Judge<br>Courtroom 1, 5th Floor |

834925.1

Civil Action No. 5:10-cv-05860-EJD

STIPULATION AND [PROPOSED] ORDER
CONTINUING DEADLINE TO FILE JOINT
PRELIMINARY PRETRIAL CONF. STATEMENT

1  The following stipulation requests that the deadline for the parties to complete a Joint Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order, in accordance with the Court's June 20, 2011 Scheduling Order (Docket No. 49) and Standing Order Re: Preliminary and Final Pretrial Conferences and Trial Preparation in Civil Cases, currently set for December 6, 2011, be continued to **December 9, 2011**, with the date for the Pretrial Conference, December 16, 2011, to remain unchanged.

## STIPULATION

Pursuant to Civil Local RuleS 6-2 and 7-12, Plaintiff Lansmont Corporation ("Lansmont") and Defendant SPX Corporation ("SPX"), the only parties remaining in this action, stipulate and request as follows:

1. WHEREAS, on June 20, 2011, the Court issued a Scheduling Order, setting December 16, 2011 as the date for a Preliminary Pretrial Conference;

2. WHEREAS, the Court's Standing Order Re Preliminary and Final Pretrial Conferences and Trial Preparation in Civil cases mandates that a Joint Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order be filed ten days prior to the Preliminary Pretrial Conference;

3. WHEREAS, on June 30, 2011, the Court issued an Order Referring Case to Early Neutral Evaluation ("ENE"), (Docket No. 52) ordering that the session be held within 90 days of the Order, which deadline would expire on September 28, 2011;

4. WHEREAS, on October 18, 2011, the Court issued an Order Continuing Deadline To Complete Early Neutral Evaluation Program Session (Docket No. 60), continuing the deadline to hold the ENE session to October 27, 2011, and continuing all related deadlines accordingly;

5. WHEREAS, on October 27, 2011, the parties attended an ENE session, and agreed, in principle, upon a roadmap to settlement of this action;

6. WHEREAS, on December 6, 2011, the parties reached an impasse in settlement negotiations, and it was determined that further negotiations would be futile;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED that the Court continue the current December 6, 2011 deadline to file a Joint Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order to **December 9, 2011**, with no change to the date of the Preliminary Pretrial Conference, scheduled for December 16, 2011 at 11:00 a.m.

### E-FILING ATTESTATION

By his signature below, and pursuant to General Order 45, counsel for SPX attests that counsel for all parties whose electronic signatures appear below have concurred in the filing of this Stipulation.

Dated:  December 6, 2011            SHEPPARD MULLIN RICHTER & HAMPTON LLP

                By: */s/ Nathaniel Bruno*
                  Philip F. Atkins-Pattenson
                  Nathaniel Bruno
                  Four Embarcadero Center, 17th Floor
                  San Francisco, CA  94111-4106
                  Telephone:  415-434-9100
                  Facsimile:  415-434-3947
                  patkinspattenson@sheppardmullin.com
                  nbruno@sheppardmullin.com

                  Attorneys for Defendant
                  SPX CORPORATION

Dated:  December 6, 2011            PEARSON SIMON WARSHAW & PENNY LLP

                By: */s/ William J. Newsom*
                  Bruce L. Simon
                  William J. Newsom
                  44 Montgomery Street , Suite 2450
                  San Francisco, CA  94104
                  Telephone: 415-433-9000
                  Facsimile: 415-433-9008
                  bsimon@pswplaw.com
                  wnewsom@pswplaw.com
                  Attorneys for Plaintiff
                  LANSMONT CORPORATION

1
2
3
4
5                                    **ORDER**

6
7        PURSUANT TO STIPULATION, IT IS SO ORDERED.

8
9
   Dated:   December 7, 2011                    [signature]
10                                               The Honorable Edward J. Davila
                                                 United States District Court Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  834925.1                         -3-
                                                 STIPULATION AND [PROPOSED] ORDER
                                                 CONTINUING DEADLINE TO FILE JOINT
    Civil Action No. 5:10-cv-05860-EJD           PRELIMINARY PRETRIAL CONF. STATEMENT