IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LANSMONT CORPORATION, | CASE NO. 5:10-cv-05860 EJD |
| Plaintiff(s), | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| SPX CORPORATION, et. al., | |
| Defendant(s). | |

Having reviewed the parties' joint statement (see Docket Item No. 77), the court has determined that a pretrial conference would be premature at this time. Accordingly, the Preliminary Pretrial Conference scheduled for March 23, 2012, is CONTINUED to **May 11, 2012, at 11:00 a.m.** The parties shall file an updated Joint Preliminary Pretrial Conference Statement on or before **May 1, 2012**.

**IT IS SO ORDERED.**

Dated: March 21, 2012

EDWARD J. DAVILA
United States District Judge