UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| LANSMONT CORPORATION, | Case No. 5:10-cv-05860 EJD |
|---|---|
| Plaintiff(s), | **PRETRIAL ORDER (BENCH TRIAL)** |
| v. | |
| SPX CORPORATION, | |
| Defendant(s). | |

On May 11, 2012, the parties appeared before Judge Edward J. Davila for a Preliminary Pretrial Conference. Based on the parties' Joint Preliminary Pretrial Conference Statement (see Docket Item No. 82), the discussions held at the conference and in light of Plaintiff's declination to proceed before the assigned Magistrate Judge (see Docket Item No. 86),

IT IS HEREBY ORDERED that the following schedule shall apply to this case:

| **EVENT** | **DATE** |
|---|---|
| Deadline for Completion of Remaining Depositions | 6/21/2012 |
| Deadline for Filing Dispositive Motions | 7/26/2012 |
| Hearing on Anticipated Motion(s) for Summary Judgment | 9:00 a.m. on 9/14/2012 |
| Final Pretrial Conference | 11:00 a.m. on 12/7/2012 |

1

Case No. 5:10-cv-05860 EJD
PRETRIAL ORDER (BENCH)

| Joint Final Pretrial Conference Statement and Motions *in Limine* | 11/26/2012 |
|---|---|
| Proposed Findings of Fact and Conclusions of Law | 11/30/2012 |
| Bench Trial | 12/13-12/14/2012 (Full Days) |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re: Preliminary and Final Pretrial Conference and Trial Preparation, a copy of which is available from the Clerk of the Court,[1] with regard to all pretrial submissions.

**IT IS SO ORDERED.**

Dated: May 23, 2012



EDWARD J. DAVILA
United States District Judge

---

[1] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order Re Pretrial Preparation."

2

Case No. 5:10-cv-05860 EJD
PRETRIAL ORDER (BENCH)