*E-FILED: November 15, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LANSMONT CORPORATION,<br><br>    Plaintiff,<br>  v.<br><br>SPX CORPORATION, a Delaware corporation; SPECTRIS, PLC, a private limited company; BRÜEL & KJAER, a corporation; and HBM, INC., a corporation,<br><br>    Defendants. | No. C10-05860 EJD (HRL)<br><br>**ORDER RE DISCOVERY DISPUTE JOINT REPORT #2**<br><br>[Re: Docket No. 89] |

Discovery Dispute Joint Report #2 was filed well beyond the applicable deadline. Civ. L.R. 37-3; Standing Order re Civil Discovery Disputes, Section D. Lansmont's request to compel discovery therefore is denied as untimely.

SO ORDERED.

Dated: November 15, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-05860-EJD Notice has been electronically mailed to:

2  Bruce Lee Simon     bsimon@pswplaw.com, cpearson@pswplaw.com, dwarshaw@pswplaw.com, jwatkins@pswplaw.com, mwilliams@pswplaw.com,
3  tboardman@pswplaw.com, wnewsom@pswplaw.com, yberry@pswplaw.com

4  James George Higgins     jhiggins@sheppardmullin.com, jstonebrook@sheppardmullin.com

5  Nathaniel Bruno     nbruno@sheppardmullin.com

6  Philip F. Atkins-Pattenson     patkinspattenson@smrh.com, lng@sheppardmullin.com

7  Robert George Retana     rretana@pswplaw.com, yberry@pswplaw.com

8  William James Newsom     wnewsom@pswplaw.com, nhalpern@pswplaw.com, yberry@pswplaw.com